FILED

02/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0170

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0170

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

NED BRYANT GARDNER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 2, 2024, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 27 2024